No. 9922.   In re Petition of WILLIAM WATTS.

323 Pac. (2d) 610.

Decided March 31, 1958.

Per Curiam.

Original *habeas corpus* proceeding brought by William Watts, an inmate of the Montana State Prison.

It appearing that the application is without merit, the writ is denied and the proceeding is dismissed.

No. 9923.   STATE OF MONTANA, ex rel. R. J. PORTER, RELATOR, *v.* DISTRICT COURT OF THE THIRTEENTH JUDICIAL DISTRICT of the STATE OF MONTANA, in and for the COUNTY OF YELLOWSTONE, THE HONORABLE BEN HARWOOD, Judge, RESPONDENTS.

323 Pac. (2d) 610.

Decided April 10, 1958.

*Kelly & Battin,* Billings, for Petitioner.

Per Curiam.

Original proceeding. The writ is denied and the proceeding is ordered dismissed.